UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TRENT RODGERS, : NO. 1:11-CV-00021
:
    Plaintiff, :
:
    vs. : **ORDER**
:
COMMISSIONER OF SOCIAL :
SECURITY, :
:
    Defendant. :

    This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 15), to which there were no objections.

    Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.

    Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 15) in all respects, AFFIRMS the decision of the Commissioner denying

Plaintiff supplemental security income as supported by substantial evidence, and DISMISSES this matter from the docket.

       SO ORDERED.

DATED: February 29, 2012       <u>s/S. Arthur Spiegel</u>
                                        S. Arthur Spiegel
                                        United States Senior District Judge